**Order entered October 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01190-CV

### IN RE W.O.H., Relator

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-25148-W**

## ORDER
Before Justice Lang-Miers, Evans and Whitehill

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/    ELIZABETH LANG-MIERS
        JUSTICE